HOWARD W. SNECK, Respondent, v. SOL S. LOEB, Appellant.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting. Even though there might have been a technical error in the admission of evidence, the verdict

* Rules of Civil Practice, rule 234.— [REP.

**650**      CASES REPORTED WITH BRIEF SYLLABI.

Fourth Department, March, 1923.                    [Vol. 206

shows that the defendant was allowed the counterclaim and it, therefore, does not constitute a reversible error.